Judge Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR05-5766RBL |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| JUAN CARLOS ESCOBAR, ) TOMAS RAMIREZ-LARA, )   a/k/a Jose Luis Cerda Rios, and ) JOSE ALFREDO GALLARDO GONZALEZ, ) ) | |
| Defendants. ) | |

Upon the stipulation and motion of the parties to continue the trial and pretrial motions due date in the above-captioned case, and based upon the stipulated and agreed facts set forth in the parties' motion, which are hereby adopted as findings of the Court and incorporated by reference, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the Defendants in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to March 20, 2006. The period of delay resulting from this continuance from January 3, 2006 to the new trial date of **March 20, 2006 at 9:00 a.m.**, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE
U.S. v. Escobar, et al., CR05-5766RBL - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800

1  IT IS FURTHER ORDERED that the **Pretrial Conference** date be extended to

2  **March 8, 2006 at 9:00 a.m.** and Pretrial Motions due date be extended to

3  January 24, 2005.

4

5  IT IS SO ORDERED this 15th day of December, 2005.

6  RONALD B. LEIGHTON
   UNITED STATES DISTRICT JUDGE

7  Presented by:

8  s/ Judith Mandel
9  JUDITH MANDEL
   Attorney for Defendant
10 Juan Carlos Escobar

11
   s/ Linda Sullivan
12 LINDA SULLIVAN
   Attorney for Defendant
13 Tomas Ramirez-Lara

14
   s/ Paula Olson
15 PAULA OLSON
   Attorney for Defendant
16 Jose Alfredo Gallardo Gonzalez

17

18
   s/ Michael Dion
19 MICHAEL DION
   Assistant United States Attorney

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE
U.S. v. Escobar, et al., CR05-5766RBL - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800